IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAURICE BRANCH, et al.      :      CIVIL ACTION
                            :
v.                          :
                            :
OFFICER DAVID CALLIS et al. :      NO. 12-4596

## ORDER

AND NOW, this 14th day of February, 2013, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. The Motion to Dismiss plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) filed by defendant the Trustees of the University of Pennsylvania (Doc. 18) is **DENIED**.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.